IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AARON KEY | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:14-cv-956 |
| v. | ) | |
| | ) | JUDGE SHARP |
| SUMNER COUNTY SHERIFF's OFFICE, SHERIFF SONNY WEATHERFORD, individually and in his official capacity, JOHN DOE, Sumner County Corrections Officer. | ) ) ) ) ) ) | MAGISTRATE JUDGE GRIFFIN JURY DEMAND |
| Defendants. | ) | |

## AGREED ORDER OF SUBSTITUTION

It appearing to the Court based on the signatures below that the parties are in agreement that Gordon Yohe be substituted for John Doe as a defendant in this matter, it is SO ORDERED.

ENTERED this ' $h day of >i bYž&014.

_____
MAGISTRATE JUDGE

APPROVED FOR ENTRY:

 s/ Jason D. Holleman
Jason D. Holleman (BPR #19806)
Jonathan P. Farmer (BPR # 020749)
**Jones Hawkins & Farmer, PLC**
150 Fourth Avenue North, Suite 1820
Nashville, Tennessee 37219
(615) 726-0050 (phone)
(615) 726-5177 (fax)
jholleman@joneshawkinsfarmer.com
jfarmer@joneshawkinsfarmer.com

*Counsel for Aaron Key*

1

  __s/ Thomas B. Russell__  
Thomas B. Russell (BPR #26011)  
GULLETT SANFORD ROBINSON & MARTIN PLLC  
150 Third Ave. South, Suite 1700  
Nashville, TN  37201  

*Counsel for Defendants*